UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TERESA BARDAJI<br><br>PLAINTIFF,<br><br>vs.<br><br>WINNER FORD, STEVE WINGATE AND MICHELLE HATZIS<br><br>DEFENDANTS. | CIVIL ACTION<br><br>CASE NO. 1:21-cv-14515-RMB-MJS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff, Teresa Bardaji, and Defendants, Winner Ford, Steve Wingate and Michelle Hatzis, by and through their undersigned counsel, that this above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to either party. The parties consent to use of electronic signatures on this Stipulation.

JONATHAN D. ROSENAU
SCHATZ, STEINBERG & KLAYMAN
1500 JFK Boulevard, Suite 1300
Philadelphia, PA  19102
Phone: (215) 845-0250
Fax: (215) 845-0255
Email: jrosenau@s2firm.com
Attorneys for Plaintiff,
*Teresa Bardaji*

Dated: _____May 13_____, 2022

GEORGE KAROUSATOS, ESQ./027321991
BIANCAMANO & Di STEFANO, P.C.
10 Parsonage Road, Suite 3000
Edison, New Jersey  08837
Phone: (732) 549-0220
Fax:  (732) 549-0068
Email: g.karousatos@bdlawfirm.com
Attorneys for Defendants, *Winner Ford,
Steve Wingate and Michelle Hatzis*

Dated: _____May 13_____, 2022

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

_____
U.S.M.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TERESA BARDAJI<br><br>PLAINTIFF,<br><br>vs.<br><br>WINNER FORD, STEVE WINGATE AND MICHELLE HATZIS<br><br>DEFENDANTS. | CIVIL ACTION<br><br>CASE NO. 1:21-cv-14515-RMB-MJS<br><br>ORDER OF DISMISSAL |

### ORDER OF DISMISSAL

**THIS MATTER** having come before the Court by way of the parties' Stipulation of Dismissal with Prejudice; and the Court, having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Dismissal with Prejudice filed herein by the Plaintiff and the Defendants, be and the same is hereby approved; and,

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice.

**DONE AND ORDERED** in Chambers at _____, _____, this \_\_\_\_\_ day of _____, 2022.

_____
U.S.M.J.

Copies furnished to:
Attorneys of record